UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE SEARCH OF ) MISC. NO. 3:09-mj-289
)
522 South Main Street )
Jefferson, North Carolina 28640 ) ORDER SEALING SEARCH WARRANT
) AFFIDAVIT AND APPLICATION
)

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 8th day of December, 2009.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE