UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION


FILED
CHARLOTTE, NC

DEC 7 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE MATTER OF THE SEARCH OF )
) DOCKET NO.: 3:09mj289
522 South Main Street )
Jefferson, North Carolina 28640 )
)
) **ORDER**
)

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Search Warrant Affidavit and Application numbered above be unsealed,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Application be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 7th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE